ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     INDICTMENT
                                 :
          -v.-                   :
                                 :     07 Cr. __
LUIS NUNEZ,                      :
    a/k/a "Grande,"              :     07 CRIM 994
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.  From in or about 2001, up to and including in or about September 2004, in the Southern District of New York and elsewhere, LUIS NUNEZ, a/k/a "Grande," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, NUNEZ, and others known and unknown, conspired to commit armed robberies of suspected narcotics traffickers and others involved in commercial activities that affected interstate commerce.

Overt Acts

2.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

      a.   On or about August 7, 2002, LUIS NUNEZ, a/k/a "Grande," the defendant, and others known and unknown, broke into a home in the vicinity of Hunt Avenue in the Bronx, New York, and attempted to rob an individual at gunpoint of narcotics proceeds.

      b.   In or about May 2002, LUIS NUNEZ, a/k/a "Grande," the defendant, and others known and unknown, attempted to rob the occupant of an apartment located in the vicinity of East Gun Hill Road in the Bronx, New York, in search of narcotics proceeds.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

3.   On or about August 23, 2004, in the Southern District of New York, LUIS NUNEZ, a/k/a "Grande," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, LUIS NUNEZ, a/k/a "Grande," and others known and unknown, robbed the occupant of an apartment located in the vicinity of W. 143rd Street and

Broadway, New York, New York, during which robbery the victim was burned with a hot iron.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

The Grand Jury further charges:

4. On or about August 23, 2004, in the Southern District of New York, LUIS NUNEZ, a/k/a "Grande," the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished during the robbery referenced in Count Two.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LUIS NUNEZ,
a/k/a "Grande,"

Defendant.

### INDICTMENT

07 Cr. ____

(Title 18, United States Code,
Section 1951 and Title 18, United States
Code, Section 924(c).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

10-29-07 D.I.C: Post 11/1/87 indictment filed
AW ordered - Assigned to
Judge Buchwald.
Peck, M.J.