```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
     - v. -                      :         ECF CASE
                                 :
LUIS NUNEZ,                      :    NOTICE OF APPEARANCE AND
     a/k/a "Grande,"             :    REQUEST FOR ELECTRONIC
                                 :         NOTIFICATION
          Defendant.             :
                                 :       07 Cr. 994 (NRB)
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court

      United States District Court

      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                           Southern District of New York

                                        by: /s/ Telemachus P. Kasulis
                                        Telemachus P. Kasulis
                                        Assistant United States Attorney
                                        Tel: (212) 637-2411
                                        Fax: (212) 637-2527

To: All Counsel of Record