**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                FAX 212-964-2926

December 28, 2007

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. Luis Nunez
07 Cr. 994 (NRB)

Dear Judge Buchwald:

I write to request an adjournment of the conference in this case, which is scheduled for January 3, 2008. The government has just recently made discovery material available to the defense and I need time to discuss it with Mr. Nunez. As Mr. Nunez is incarcerated near Kennedy Airport in the Queens Private Detention Facility and requires a Spanish interpreter, I will not be able to meet with him prior to the currently scheduled date.

There fore, I request that the Court adjourn the conference to a date during the week of February 4, 2008. A.U.S.A. Telemachus Kasulis has no objection to this request. We consent to an exclusion of time as the adjournment is for the defense to review discovery and for the parties to seek a resolution to the matter.

Very truly yours,

Lisa Scolari

*The conference is adjourned until 3:45 on February 6, 2008 and Speedy Trial Time is excluded.*

SO ORDERED:

HON. NAOMI REICE BUCHWALD

cc: Telemachus Kasulis, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07