Mar 20 2008 12:21PM    LAW OFFICE of LISA SCOLAR    212-964-2926    p.1

MEMO ENDORSED

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                           FAX 212-964-2926

March 19, 2008

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. Luis Nunez
07 Cr. 994 (NRB)

Dear Judge Buchwald:

    I write to request an adjournment of the conference in this case, which is scheduled for March 20, 2008. The parties have yet to reach a resolution in this matter although we continue to attempt to do so. Rather than appear in court, we request that the Court approve the following motion schedule. Defense motions are to be filed by April 30, 2008, the government's response will be filed by May 28, 2008, and a defense reply, if any, will be filed by June 4, 2008.

    The defense asks that the Court adjourn the conference to a date during the week of June 23, 2008, as defense counsel will be on trial the weeks of June 9 and 16, 2008. The defense consents to an exclusion of time as the adjournment is for motions and further discussion of a disposition. Telemachus Kasulis, Esq. has no objection to this request.

Very truly yours,

Lisa Scolari

[Handwritten annotation: The request is adjourned until June 25, 2008 at 4:00 p.m. So Ordered. 3/19/08]

SO ORDERED:

HON. NAOMI REICE BUCHWALD
3/19/08

cc: Telemachus Kasulis, Esq.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/20/08]