**MEMO ENDORSED**

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899      FAX 212-964-2926

July 22, 2008

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

Re: U.S. v. Luis Nunez
07 Cr. 994 (NRB)

Dear Judge Buchwald:

    I write to request an adjournment of the conference in this case, which is scheduled for July 23, 2008. The parties are continuing to work on a resolution of the case but need additional time to do so.

    The defense requests that the Court adjourn the conference to one of the following dates: September 8, 9, or 10, 2008, or a date the following week. In the even that a plea agreement is reached before that date, we will contact chambers for either a date to appear or referral to the magistrate as the Court directs. Telemachus Kasulis, Esq. consents to this application and the defense consents to an exclusion of time as the adjournment is for negotiation of a disposition.

**MEMO ENDORSED**

Very truly yours,

Lisa Scolari

The conference is adjourned until September 9, 2008 at 3:00 p.m.
SO ORDERED:

HON. NAOMI REICE BUCHWALD

cc: Telemachus Kasulis, Esq.